# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MARIA ROBLES,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:24-cv-0559 JLT CDB<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 12, 14)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ANGELICA MARIA ROBLES AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

Angelica Maria Robles and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 14.) Pursuant to the stipulation of the parties, an administrative law judge shall "offer Plaintiff an opportunity for a hearing, further develop the record as necessary; and issue a new decision." (*Id.* at 1.) The parties agree the decision of the Commissioner is reversed, and "no specific aspect of the Commissioner's final decision is affirmed." (*Id.* at 1-2.) In addition, the parties agree that judgment should be entered in favor of Plaintiff and against the Commissioner. (*Id.* at 2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

1

2. Plaintiff's motion for summary judgment (Doc. 12) is terminated as **MOOT**.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Angelica Maria Robles and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **September 11, 2024**

UNITED STATES DISTRICT JUDGE