# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MARIA ROBLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:24-cv-0559 JLT CDB<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 17) |

Angelica Maria Robles and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $5,000.00 pursuant to the Equal Access to Justice Act. (Doc. 17 at 1.) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $5,000.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

　　Dated: **December 12, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE